UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. MOSER, et al.,<br><br>　　　　Defendants. | No. 1:19-cv-01117-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 8) |

　　　　Plaintiff Marvin Harris is a state prisoner proceeding pro se with this civil rights case pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 6, 2020, the assigned magistrate judge issued findings and recommendations, recommending that this case be dismissed without prejudice due to plaintiff's failure to pay the required filing fee after he was ordered to do so following the denial of his application to proceed *in forma pauperis*. (Doc. No. 8 at 1; *see also* Doc. No. 6.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 1–2.) No objections have been filed, and the time in which to do so has passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on March 6, 2020 (Doc. No. 8) are adopted in full;
2. This case is dismissed, without prejudice, due to plaintiff's failure to pay the required filing fee; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **May 18, 2020**

UNITED STATES DISTRICT JUDGE

2